FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 06, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SIMEON O., on behalf of T.O., <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | NO: 4:19-CV-5003-RMP <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION |

BEFORE THE COURT is the Report and Recommendation issued by

Magistrate Judge John T. Rodgers on February 18, 2020, ECF No. 24,

recommending Plaintiff Simeon O.'s[1] Motion for Summary Judgment on behalf of

T.O., ECF No. 14, be granted in part and Defendant Commissioner of Social

Security's Motion, ECF No. 21, be denied. No objection was filed.

---

[1] In the interest of protecting Plaintiff's privacy, the Court will use Plaintiff's first name and last initial, and, subsequently, Plaintiff's first name only, throughout this decision.

ORDER ADOPTING REPORT AND RECOMMENDATION ~ 1

After reviewing the Report and Recommendation and relevant authorities, the Court finds that the Magistrate Judge's findings are correct. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Report and Recommendation, **ECF No. 24**, is **ADOPTED** in its entirety.

2. Plaintiff's Motion for Summary Judgment, **ECF No. 11**, is **GRANTED IN PART**.

3. Defendant's Motion for Summary Judgment, **ECF No. 12**, is **DENIED**.

4. Judgment shall be entered in favor of Plaintiff.

5. The ALJ's decision is **REVERSED**. This matter is **REMANDED** to the Commissioner of Social Security for further proceedings consistent with the Report and Recommendation, pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** April 6, 2020.

_____s/ Rosanna Malouf Peterson_____
ROSANNA MALOUF PETERSON
United States District Judge